IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SENTRY INSURANCE
COMPANY AND SPENCER
GIFTS HOLDING,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D14-430

v.

LAWRENCE LEVIN ,

Appellee.

_____/

Opinion filed November 4, 2014.

An appeal from an order of the Judge of Compensation Claims.
W. James Condry, II, Judge.

Date of Accident: January 7, 2011.

William H. Rogner of Hurley, Rogner, Miller, Cox, Waranch & Westcott, P.A.,
Winter Park, for Appellant.

Matthew D. Valdes of the Law Offices of Walter F. Benenati, Orlando, for Appellee.


PER CURIAM.

    AFFIRMED.

LEWIS, C.J., CLARK and MARSTILLER, JJ., CONCUR.